**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roberta F. Higgins, ) | CV 08-2599 RSWL (JCx) |
| ) | |
| Plaintiff, ) | JUDGMENT FOR DEFENDANTS |
| ) | |
| vs. ) | |
| ) | |
| United States Citizenship ) | |
| and Immigration Services ) | |
| ("USCIS"), Jane Arellano, ) | |
| District Director of USCIS, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Defendants' Motion for Summary Judgment having been granted, **JUDGMENT IS HEREBY ENTERED FOR DEFENDANTS.**

**IT IS SO ORDERED.**

                              /s/
                    **HONORABLE RONALD S.W. LEW**
                    Senior, U.S. District Court Judge

DATED:   <u>December 3, 2008</u>